UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12CR039 RWS NAB |
| | ) |
| IFIOK EQUERE, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #23] filed on March 9, 2012. In support of the Motion Defendant stated that:

1. Counsel was appointed to represent Defendant on February 29, 2012.

2. Prior to Defendant's request for discovery, upon information and belief, the Government has already produced and provided discovery to Defendant's prior counsel, the Office of Federal Public Defender.

3. Counsel has neither had an opportunity to obtain and review the discovery material, nor discuss the case with Defendant.

4. Based on conversation with the Government, Defendant believes that the discovery material may be voluminous.

5. Counsel is not yet prepared to make a recommendation to the Defendant regarding pretrial motions.

6. Additional time is necessary to afford Counsel the opportunity to review the discovery material, conduct an investigation, and research and prepare any applicable and necessary pretrial motions.

7. Counsel has conferred with the Government and states that the Government does not object to the granting of additional time in which to perform the aforementioned activity. Defendant requested that the pretrial motion deadline previously set for March 9, 2012 be continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #23] is **GRANTED.** Defendant shall have to and including **March 23, 2012** to file any pretrial motions or waiver of motions. The government shall have until **March 30, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **March 23, 2012** shall be continued until **April 5, 2012 at 10:00 a.m**.

       /s/ Nannette A. Baker  
NANNETTE A. BAKER  
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2012.